Dean T. Kirby, Jr. (SBN 090114)
Jana Logan (SBN 171152)
James P. Castranova II (SBN 224184)
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 685-4000  Facsimile: (619) 685-4004

Attorneys for Secured Creditor
eCAST Settlement Corp.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

JEREMY DEWAYNE CARRIER, and
CATHLYN MELANIE CARRIER

Debtors

Bankruptcy Case No. 08-40404 LT-13

Chapter 13

RESPONSE TO OBJECTION TO PROOF OF CLAIM #11-2 OF ECAST SETTLEMENT CORP./ HSBC

COMES NOW, eCAST Settlement Corp., assignee of HSBC Bank Nevada, N.A., a secured creditor, and hereby responds to the Debtor's Objection to Proof of Claim #11-2.

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. On November 8, 2005, Debtor Cathlyn Carrier opened a revolving Best Buy credit account with HSBC Bank Nevada, N.A. (See Exhibit A, attached and incorporated by reference herein). The last 4 digits of the credit account are 6481. The debtor granted HSBC a purchase money security interest in the goods purchased on the account. (See Exhibits A & B, attached and incorporated by reference herein).

2. The debtor used the account to finance purchases from time to time. Specifically, the debtor used the account to purchase a notebook processor for $699.99 and color fax/copier/printer for $299.99 on March 12, 2007. (See Exhibit C, attached).

///

///

1  3. The debtor filed for chapter 13 bankruptcy protection on January 29, 2008, less than one year
2     after her March 12, 2007 purchase of goods. HSBC timely filed a proof of claim on May 19,
3     2008.
4  4. eCAST Settlement Corporation subsequently purchased debtor's account and filed a Transfer
5     of Claim document on July 17, 2008.
6  5. On July 23, 2008, eCAST amended HSBC's original proof of claim to add the
7     documentation showing evidence of the security interest and describing the collateral
8     purchased. Included with the amended proof of claim were copies of the credit application,
9     the cardholder agreement, and a copy of the March 12, 2008 sales ticket showing debtor's
10    purchase of collateral for $999.98.
11 6. On November 7, 2008, Debtor filed an objection to eCAST's proof of claim, stating that the
12    "[s]ecurity is of no value." The debtor requested that the claim be allowed as a general
13    unsecured nonpriority claim.
14 7. Pursuant to the "hanging paragraph" in 11 U.S.C. §1325, the cram down provisions of 11
15    U.S.C. §506 do not apply to purchases made within 365 days preceding a bankruptcy filing if
16    the creditor has a purchase money security interest in the goods purchased.
17 8. For the forgoing reasons, eCAST Settlement Corporation opposes debtor's objection to Proof
18    of Claim 11-2, and respectfully requests that the claim be allowed as a secured claim in the
19    amount of $999.98.
20
21
22 Dated: December 1, 2008                                KIRBY & McGUINN, A P.C.
23
                                                         /s/ Jana Logan
24                                                       JANA LOGAN
                                                         Attorneys for eCAST Settlement Corp.
25
26
27
28

---

In re JEREMY DEWAYNE CARRIER, and CATHLYN MELANIE CARRIER  Bankruptcy Case No. 08-40404 LT-13
Response to Objection to Proof of Claim #11-2 of eCast Settlement Corp./HSBC                Page No. 2

Case: 08-40404   Doc# 33   Filed: 12/01/08   Entered: 12/01/08 11:33:24   Page 2 of 2