```
1  PATRICK L. FORTE
   State Bar #80050
2  CORRINE BIELEJESKI
   State Bar #244599
3  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
4  Oakland, CA 94612
   Telephone: (510) 465-3328
5  Facsimile:510) 763-8354

6  Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                  Chapter 13
                                        No: 08-40404 LT
JEREMY DEWAYNE CARRIER and
CATHLYN MELANNIE CARRIER,               **CERTIFICATE OF SERVICE**

              Debtors.
_____/

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On November 4, 2009, I served the **MOTION TO MODIFY CHAPTER 13 PLAN AND OBJECTION TO CLAIM #12-1 OF CHASE; NOTICE TO CREDITORS OF DEADLINE TO REQUEST A HEARING**

on the below-named in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

PLEASE SEE ATTACHED

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 4, 2009.

                              /s/ Shirley Benesh
                              Shirley Benesh

Page 1 of 1

1st United Services C/U
PO Box 11597
Pleasanton, CA  94588

JP Morgan Chase Bank, N.A.
c/o Timothy J. Silverman, Esq.
Solomon, Grindle, Silverman & Spinella
12651 High Bluff Drive, Suite 300
San Diego, CA 92130-2023

Recovery Management Systems Corporation
25 SE 2nd Ave Ste 1120
Attn: Ramesh Singh
Miami, Fl 33131-1605

eCAST Settlement Corporation
Bass & Associates, P.C.
3936 E. Ft. Lowell Road
Suite 200
Tucson, AZ 85712-1083

Internal Revenue Ser
Insolvency
1301 Clay St., #1400S
Oakland, CA  94612

1st United Services Credit Union
P. O. Box 11597
Pleasanton, CA 94588-1597

1st United Services Credit Union
P. O. Box 11746
Pleasanton, CA 94588-1746

Asset Acceptance LLC
Assignee Zales/Citibank
Po Box 2036
Warren MI 48090-2036

Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726

Beneficial
P.O. Box 60101
City Of Industry, CA 91716-0101

CBSJ Financial Corp.
99 W Tasman Dr. #205
San Jose, CA 95134-1712

Chase Auto Finance
P.O. Box 78050
Phoenix, AZ 85062-8050

Attn: Managing Agent

Chase Auto Finance Corp.
C/o Mary Lautenbach
201 N Central Ave. AZ1-1191
Phoenix, AZ 85004-0073

Collection Service Bureau
2901 N. 78th St.
Scottsdale, AZ 85251-6547

Direct TV
P.O. Box 78627
Phoenix, AZ 85062-8627

Farmers Insurance
c/o Credit Collection Services
P.O. Box 52677
Phoenix, AZ 85072-2677

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

HSBC Card Services
P.O. Box 60102
City Of Industry, CA 91716-0102

Household Finance Corporation/Beneficial
by eCAST Settlement Corporation
as its agent
POB 35480
Newark NJ 07193-5480

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

JPMorgan Chase Bank, N.A.
201 N CENTRAL AVE
PHOENIX, AZ 85004-0073

John Muir Health
P.O. Box 39000
Dept. 33370
San Francisco, CA 94139-3370

Live Oak Homeowners Assoc.
c/o First Bank
P.O. Box 25386
Santa Ana, CA 92799-5386

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Wells Fargo Auto
P.O. Box 29704
Phoenix, AZ 85038-9704

Wells Fargo Auto Finance
Attn: MAC F6582-034
PO Box 500
Chester, PA 19016-0500

eCAST Settlement Corporation
C/O Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

eCAST Settlement Corporation
POB 35480
Newark NJ 07193-5480

eCAST Settlement Corporation assignee of
HSBC Bank Nevada and its Assigns
POB 35480
Newark NJ 07193-5480