```
 1  PATRICK L. FORTE, #80050
    CORRINE BIELEJESKI, #244599
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 08-40404 LT |
|---|---|
| JEREMY DEWAYNE CARRIER and CATHLYN MELANNIE CARRIER, | Chapter 13 |
| Debtors. | MOTION TO MODIFY CHAPTER 13 PLAN AND OBJECTION TO CLAIM #12-1 OF CHASE; NOTICE TO CREDITORS OF DEADLINE TO REQUEST A HEARING |

The above-named debtors apply to the court for an order modifying their Chapter 13 Plan as follows:

Debtors object to claim number 12-1 of Chase Auto Finance, except as a general unsecured claim in the amount of $10,334.18. Starting in November 2009, Debtors' plan payments shall increase to $1,035.00 per month. The plan percentage shall remain pro tanto. All plan arrears shall be forgiven

The modification is sought on the following grounds: Debtors already surrendered their interest in the vehicle to Chase, and there are no grounds for Chase's claim to be treated as a priority. Debtors need to increase their monthly plan payment in order for the plan to be feasible.

**NOTICE IS HEREBY GIVEN:**

(i) That Local Rule 9014-1 of the United States Bankruptcy Court

Page 1 of 2

Case: 08-40404  Doc# 56  Filed: 11/16/09  Entered: 11/16/09 12:01:23  Page 1 of 2

for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty (20) days of mailing of this notice;

    (ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

    (iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

    (iv) That the undersigned will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: November 3, 2009         /s/ Corrine Bielejeski
                                     CORRINE BIELEJESKI
                                       Attorney for Debtors

Page 2 of 2

Case: 08-40404   Doc# 56   Filed: 11/16/09   Entered: 11/16/09 12:01:23   Page 2 of 2