Entered on Docket
October 28, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed October 28, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

```
1   PATRICK L. FORTE, Bar #80050
    ANNE Y. SHIAU, #273709
2   LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
3   Oakland, CA 94612
    Telephone: (510) 465-3328
4   Facsimile: (510) 763-8354

5   Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 08-40404 RLE** |
| **JEREMY DEWAYNE CARRIER and CATHLYN MELANNIE CARRIER,** | **Chapter 13** |
| Debtors. | **ORDER SUSTAINING OBJECTION TO CLAIM #12-1 OF JPMORGAN CHASE BANK, NA / CHASE AUTO FINANCE, CORP.** |
| _____/ | |

Upon consideration of the Declaration Re Default On Objection To Claim and good cause appearing thereof;

IT IS HEREBY ORDERED that:

The default of JPMorgan Chase Bank, NA / Chase Auto Finance is entered and the objection to Claim #12-1 is sustained.

Claim #12-1 filed on July 15, 2008 by JPMorgan Chase Bank NA/ Chase Auto Finance is:

( ) Disallowed for any amount of secured arrearages

(X) Allowed as an unsecured deficiency creditor from November 2009 and on.

( ) Disallowed in its entirety.

***END OF ORDER***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | **DEBTORS' ATTORNEYS**<br>Patrick L. Forte, Esq. |
| 3 | Anne Y. Shiau<br>One Kaiser Plaza, #480 |
| 4 | Oakland, CA 94612 |
| 5 | **CHAPTER 13 TRUSTEE**<br>Martha Bronitsky |
| 6 | Trustee<br>P.O. Box 5004 |
| 7 | Hayward, CA 94540 |
| 8 | U.S. TRUSTEE<br>1301 Clay St. #690N |
| 9 | Oakland, CA 94612 |
| 10 | **CLAIMANT**<br>Jeremy DeWayne Carrier |
| 11 | Cathlyn Melannie Carrier<br>2006 Villa Drive #312 |
| 12 | Pittsburg, CA 94565 |