```
1   PATRICK L. FORTE, Bar #80050
    ANNE Y. SHIAU, #273709                The following constitutes
2   LAW OFFICES OF PATRICK L. FORTE       the order of the court. Signed October 28, 2011
    One Kaiser Plaza, #480
3   Oakland, CA 94612
    Telephone: (510) 465-3328
4   Facsimile: (510) 763-8354             _____
                                           Roger L. Efremsky
5   Attorneys for Debtors                  U.S. Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 08-40404 RLE |
| JEREMY DEWAYNE CARRIER and CATHLYN MELANNIE CARRIER, | Chapter 13 |
| Debtors. / | ORDER SUSTAINING OBJECTION TO CLAIM #12-1 OF JPMORGAN CHASE BANK, NA / CHASE AUTO FINANCE, CORP. |

   Upon consideration of the Declaration Re Default On Objection To Claim and good cause appearing thereof;

   IT IS HEREBY ORDERED that:

   The default of JPMorgan Chase Bank, NA / Chase Auto Finance is entered and the objection to Claim #12-1 is sustained.

   Claim #12-1 filed on July 15, 2008 by JPMorgan Chase Bank NA/ Chase Auto Finance is:

   ( )  Disallowed for any amount of secured arrearages

   (X)  Allowed as an unsecured deficiency creditor from November 2009
        and on.

   ( )  Disallowed in its entirety.

                         ***END OF ORDER***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | **DEBTORS' ATTORNEYS** |
|   | Patrick L. Forte, Esq. |
| 3 | Anne Y. Shiau |
|   | One Kaiser Plaza, #480 |
| 4 | Oakland, CA 94612 |
| 5 | **CHAPTER 13 TRUSTEE** |
|   | Martha Bronitsky |
| 6 | Trustee |
|   | P.O. Box 5004 |
| 7 | Hayward, CA 94540 |
| 8 | U.S. TRUSTEE |
|   | 1301 Clay St. #690N |
| 9 | Oakland, CA 94612 |
| 10 | **CLAIMANT** |
|    | Jeremy DeWayne Carrier |
| 11 | Cathlyn Melannie Carrier |
|    | 2006 Villa Drive #312 |
| 12 | Pittsburg, CA 94565 |

```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                               Case No. 08-40404-RLE
Jeremy DeWayne Carrier                                               Chapter 13
Cathlyn Melannie Carrier
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0971-4        User: twilliams            Page 1 of 1           Date Rcvd: Oct 28, 2011
                            Form ID: pdfeoc            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2011.
db/jdb        +Jeremy DeWayne Carrier,   Cathlyn Melannie Carrier,   2006 Villa Drive #312,
               Pittsburg, CA 94565-7955
cr            +JP Morgan Chase Bank, N.A.,   c/o Timothy J. Silverman, Esq.,
               Solomon, Grindle, Silverman & Spinella,   12651 High Bluff Drive, Suite 300,
               San Diego, CA 92130-2023
cr            +Wells Fargo Auto Finance,   c/o Law Offices of Austin P. Nagel, Esq.,   111 Deerwood Road,
               Suite 388,    San Ramon, CA 94583-1551
cr            +eCAST Settlement Corporation,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road,   Suite 200,
               Tucson, AZ 85712-1083
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: rmscedi@recoverycorp.com Oct 29 2011 03:36:40
               Recovery Management Systems Corporation,   25 SE 2nd Ave Ste 1120,   Attn: Ramesh Singh,
               Miami, Fl 33131-1605
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2011**                         **Signature:** *Joseph Speetjens*